ED. THOMASON v. STATE.

No. A-1020.   Opinion Filed January 6, 1912.

Appeal from Alfalfa County Court; F. M. Gustin, Judge.

Ed. Thomason was convicted of violating the prohibitory law, and appeals. Reversed and remanded.

A. J. Stevens, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Alfalfa county, sitting at Cherokee, on a charge of furnishing intoxicating liquor, and his punishment fixed at a fine of one hundred dollars and confinement in the county jail for a period of forty days. The case is well briefed and was orally argued. Upon a careful examination of the record we are impelled to the conclusion that plaintiff in error did not have a fair and impartial trial as contemplated by law. The judgment is reversed and a new trial awarded.

---

J. C. HAMILTON v. STATE.

No. A-1027.   Opinion Filed January 6, 1912.

Appeal from Johnston County Court; Nick Wolfe, Judge.

J. C. Hamilton was convicted of violating the prohibitory law, and appeals. Affirmed.

Young & Stobaugh, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   The judgment of the trial court is affirmed.